**Opinion issued February 23, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-01085-CV

———————————

**SUN COAST RESOURCES, INC., Appellant**

**V.**

**PLAINS MARKETING, LP, Appellee**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-06598**

---

## MEMORANDUM OPINION

Appellant, Sun Coast Resources, Inc., has filed a petition for permissive appeal seeking to challenge an interlocutory order granting appellee, Plains Marketing, LP's, partial motion for summary judgment. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (West Supp. 2015); TEX. R. APP. P. 28.3. To be

entitled to a permissive appeal from an interlocutory order that would not otherwise be appealable, the requesting party must establish that (1) the order to be appealed involves "a controlling question of law as to which there is a substantial ground for difference of opinion" and (2) an immediate appeal from the order "may materially advance the ultimate termination of the litigation."  TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); *see* TEX. R. APP. P. 28.3(e)(4); TEX. R. CIV. P. 168.  The petition fails to establish that the order involves a controlling question of law as to which there is a substantial ground for a difference of opinion.  *See* TEX. R. APP. P. 28.3(e)(4).  Accordingly, we deny the petition for permissive appeal.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.